# United States District Court

WESTERN DISTRICT OF TEXAS

FILED
OCT 1 6 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA
V.
Jose M. GARCIA
Laura N. GARCIA
Clarence L. ERVIN Jr.

**CRIMINAL COMPLAINT**

CASE NUMBER: A-06-364M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 13th, 2006__ in __Travis__ county, in the __Western__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

knowingly, intentionally, and unlawfully conspired, with persons known and unknown, to posses with intent to distribute a dangerous illegal controlled substance, to wit: Marijuana,

in violation of Title __21__ United States Code, Section(s) __841 (a)(1), 846__

I further state that I am a(n) __Austin Police Detective__ and that this complaint is based on the following
Official Title
facts:

In May 2006, while conducting an investigation on Epifanio Alcaraz, who is currently a federal fugitive, Detectives with the Austin Police Department Narcotics Conspiracy Unit observed a suspected narcotics related transaction between Epifanio Alcaraz and Jose M. Garcia. Garcia was included as part of the investigation since May 2006. During several weeks of surveillance Garcia was seen meeting with different individuals in the parking lots of various businesses in and around Austin Texas. On two different occasions trash was retrieved from in front of Garcia's residence which yielded numerous packaging containing a green leafy substance, which from training and experience is believed to be marijuana.

On October 12th, 2006 this affiant received information that an associate of Garcia's was going to pick up a shipment of suspected narcotics for transport further north in the

Continued on the attached sheet and made a part  ☒ Yes  ☐ No

_____ #3237
Signature of Complainant

Sworn to before me, and subscribed in my presence,

__10/16/06__                  at __Austin, TX 78701__
Date                              City and State

**ROBERT PITMAN**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

United States. On October 12th, 2006 this affiant, along with other Detective with the Narcotics Conspiracy Unit began surveillance on Clarence L. Ervin Jr., Garcia's suspected associate. Ervin was observed leasing a rental vehicle and then loading a spare tire into the vehicle from his residence. Ervin drove to a nearby apartment complex where he removed the rental vehicle's spare tire and replaced it with the one brought from his house. Ervin was confronted and admitted to having twenty pounds of marijuana concealed in the tire. Detectives then located and seized approximately twenty pounds of marijuana inside the spare tire. Ervin stated he had received the marijuana from Garcia to be driven to Columbus Ohio for which he would be paid $1,000 plus expenses. On October 13th, 2006 a state search warrant was executed at Garcia's home, 1701 Constantino Circle #A Austin, Texas. Fourteen additional pounds of marijuana, a hydraulic mechanical press, and additional vacuum-seal packaging, similar to those found in Garcia's trash, and a large scale, were seized.

Ervin stated he had transported several previous loads of marijuana for Garcia to Ohio. Garcia's wife, Laura N. Garcia admitted to knowing about her husband drug smuggling activities. Laura had been directed by her husband to give Ervin the marijuana earlier in the week. She also admitted to traveling with her husband to McAllen Texas to pick up marijuana to bring back to Austin Texas.